**Oscar BRAMBILA–GUZMAN; Ernestina Brambila–Guzman de Brambila, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Oscar Brambila–Guzman; Ernestina Brambila–Guzman de Brambila, Petitioners,

v.

Alberto R. Gonzales, Attorney General, Respondent.

Eduardo Brambila Brambila, Petitioner,

v.

Alberto R. Gonzales, Attorney General, Respondent.

Nos. 05–74704, 06–70888, 06–71594.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2007.*

Filed July 13, 2007.

Manuel F. Rios, III, Esq., Rios Cantor, PS, Seattle, WA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, William C. Minick, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HUG, McKEOWN, and W. FLETCHER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ORDER **

Respondent's Unopposed Motion to Remand the consolidated cases to the Board of Immigration Appeals ("BIA") is GRANTED.

The BIA shall reconsider its January 24, 2006 decision in light of *Lin v. Gonzales,* 473 F.3d 979 (9th Cir.2007). The Board shall remand to the immigration judge ("IJ") for the IJ to determine the effect, if any, of the BIA's reconsideration of its January 24, 2006 decision on the IJ's February 3, 2005 decision relating to the three Petitioners.

A certified copy of this order sent to the BIA shall constitute the mandate of this court.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

